Marina Fineman, Esq. (SBN 193065)
**GERACI LAW FIRM**
90 Discovery
Irvine, CA 92618
Tele.: (949) 379-2600
Fax:   (949) 379-2610
E-mail: m.fineman@geracillp.com

Attorneys for Sandra Cristobal

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>David Stephens,<br><br>Debtor. | Case No. Case No. 24-13887-NB<br><br>Chapter 13<br><br>**PROOF OF SERVICE RE:**<br><br>**1) NOTICE OF MOTION AND SANDRA CRISTOBAL'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY OR FOR ORDER CONFIRMING THAT THE AUTOMATIC STAY DOES NOT APPLY (UNLAWFUL DETAINER);**<br><br>**2) MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION;**<br><br>**3) DECLARATION OF SANDRA CRISTOBAL IN SUPPORT OF MOTION; AND**<br><br>**4) DECLARATION OF MARINA FINEMAN IN SUPPORT OF MOTION.**<br><br>Judge: Hon. Neil Bason<br>Date:  July 30, 2024<br>Time:  10:00 a.m.<br>Place: 255 East Temple Street,<br>　　　　Los Angeles, CA 90012<br>　　　　Courtroom 1545 |

1

PROOF OF SERVICE

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

90 Discovery, Irvine, CA 92618

A true and correct copy of the foregoing document entitled (*specify*):  1) NOTICE OF MOTION AND SANDRA CRISTOBAL'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY OR FOR ORDER CONFIRMING THAT THE AUTOMATIC STAY DOES NOT APPLY (UNLAWFUL DETAINER); 2) MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF  MOTION; 3) DECLARATION OF SANDRA CRISTOBAL IN SUPPORT OF MOTION; AND 4) DECLARATION OF MARINA FINEMAN IN SUPPORT OF MOTION.
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 07/08/2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

PLEASE SEE ATTACHED LIST

☑ Service information continued on attached page

**2**.  **SERVED BY UNITED STATES MAIL**:
On (*date*) 07/08/2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

PLEASE SEE ATTACHED LIST

☑ Service information continued on attached page

**3**.  **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 07/08/2024 | PRINCESS HAMDAG | /s/ Princess Hamdag |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*             **F 9013-3.1.PROOF.SERVICE**

# Mailing Information for Case 2:24-bk-13887-NB

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Kathy A Dockery (TR)**    EFiling@LATrustee.com
- **Dana M Douglas**    dmddouglas@hotmail.com, douglas.danar115703@notify.bestcase.com
- **Marina Fineman**    m.fineman@geracillp.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov

## Manual Notice List

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

## Creditor List

Click the link above to produce a complete list of **creditors** only.

## List of Creditors

Click on the link above to produce a list of **all** creditors and **all** parties in the case. User may sort in columns or raw data format.

```
Label Matrix for local noticing          Los Angeles Division                  American Express National Bank
0973-2                                    255 East Temple Street,              c/o Becket and Lee LLP
Case 2:24-bk-13887-NB                     Los Angeles, CA 90012-3332           PO Box 3001
Central District of California                                                 Malvern  PA 19355-0701
Los Angeles
Mon Jul  8 11:23:03 PDT 2024

Amex/American Express                     Argent Holdings LLC                  CA Franchise Tax Board
PO Box 297871                              1301 W. Hillsdale Blvd. #101         ATTN:  Bankruptcy Dept.
Fort Lauderdale, FL 33329-7871             San Mateo, CA 94403-3140             MS: A-340  PO Box 2952
                                                                                Sacramento, CA 95812-2952


Credit Plus                                Dana M. Douglas                      David Stephens
31550 Winterplace Pkwy                     Attorney at Law                      5851 S. Garth Ave.
Salisbury, MD 21804-1882                   4712 Admiralty Way #1001             Los Angeles, CA  90056-1511
                                           Marina del Rey, CA 90292-6905
                                           (struck through)


Dept of Education/GLELSI                   Dept of Education/NELNET             Designed Receivables
2401 International                         DeptEdNelnet                         DSRM National Bank
PO Box 7859                                PO Box 82561                         7201 Canyon Dr.
Madison, WI 53707-7859                     Lincoln, NE 68501-2561               Amarillo, TX 79110-4339


Deutsche Bank National Trust Co. Trustee (Se  EMS                               First Union National Bank
c/o Newrez LLC                             1550 Peachtree St. NW MD             3321 Willow Lane
dba Shellpoint Mortgage Servicing (fka     Atlanta, GA 30309-2402               Macungie, PA 18062-8491
Specialized Loan Servicing LLC)
6200 S. Quebec Street, Suite 300
Greenwood Village, Colorado 80111-4720

GM Financial                               Green Dot Bank                       GreenDotBank
PO Box 1510                                840 Route 33                         Green Dot
Cockeysville, MD 21030-7510                Mercerville, NJ 08619-4413           PO Box 5100
                                                                                Pasadena, CA 91117-0100


Internal Revenue Svc.                      LVNV Funding, LLC                    (p)IQV SERVICING
PO Box 7346                                Resurgent Capital Services           PO BOX 465
Philadelphia, PA 19101-7346                PO Box 10587                         DUBLIN OH 43017-0465
                                           Greenville, SC 29603-0587


(p)LOS ANGELES COUNTY TREASURER AND TAX COLLE   Partners Credit                 Partners Credit
ATTN BANKRUPTCY UNIT                       6 Harris Ct., Ste B                  65 E Wacker Pl., Ste 1405
PO BOX 54110                               Monterey, CA 93940-5819              Chicago, Il 60601-7239
LOS ANGELES CA 90054-0110
(struck through)


Sakhat Partners                            Sequia Financial Svcs.               Specialized Loan Servicing
Equity Wave Lending                        28632 Roadside Dr., Ste 110-111      8742 Lucent Blvd., Ste 300
2355 Main St., Ste 230                     Agoura Hills, CA 91301-6064          Highlands Ranch, CO 80129-2386
Irvine, CA 92614-4291


Syncb/PPC                                  US Department of Education c/o Nelnet  United States Trustee (LA)
PO Box 530975                              121 S 13th St                        915 Wilshire Blvd, Suite 1850
Orlando, FL 32896-0001                     Lincoln, NE 68508-1904               Los Angeles, CA 90017-3560
                                                                                (struck through)
```

Dana M Douglas  
11024 Balboa Blvd #431  
Granada Hills, CA 91344-5007

David Stephens  
5051 Garth Ave.  
Los Angeles, CA 90056-1511

Kathy A Dockery (TR)  
801 Figueroa Street, Suite 1850  
Los Angeles, CA 90017-5569

Sandra Cristobal  
14832 S Orchard Ave  
Gardena, CA 90247-2752

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Loanme, Inc  
1900 S State College Blvd.  
Anaheim, CA 92806

Los Angeles County Tax Collector  
PO Box 54110  
Los Angeles, CA  90054-0110

End of Label Matrix  
Mailable recipients    33  
Bypassed recipients     0  
Total                  33

**CONTINUED SERVICE LIST**

| | |
|---|---|
| Provident Trust Group LLC FBO George Hecker IRA, Et Tal c/o Asset Default Management, Inc. 7525 Topanga Canyon Blvd. Canoga Park, CA 91303 | Sakhat Partnership c/o Ashwood TD Services LLC 231 E. Alessandro Blvd., Suite 6A-693, Riverside CA 92508 |
| IndyMac Bank, F.S.B. Bldg B, 901 E 104th St., Suite 400/500 Kansas, MO 64131 | |