Dana M. Douglas (SBN 220053)
Attorney at Law
11024 Balboa Blvd., No. 431
Granada Hills, CA 91344
MAILING ADDRESS:
4712 Admiralty Way #1001
Marina del Rey, CA 90292
818-360-8295 office
530-273-3702 fax
*dana@danamdouglaslaw.com*

Attorney for Debtor
David Stephens

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>DAVID STEPHENS,<br><br>                              Debtor. | Case No. 2:24-bk-13887-NB<br><br>Chapter 13<br><br>**DEBTOR'S OPPOSITION TO DISMISSAL OF CASE; DECLARATIONS OF DEBTOR AND NON-FILING SPOUSE IN SUPPORT OF DEBTOR'S OPPOSITION TO DIMISSAL OF CASE**<br><br>*Plan Confirmation Hearing*<br>Date:       July 11, 2024<br>Time:      9:30 am<br>Courtroom: 1545 – 255 E. Temple St.<br>                   Los Angeles, CA 90012 |

**TO HONORABLE NEIL BASON, US BANKRUPTCY JUDGE; KATHY DOCKERY.**

**CHAPTER 13 TRUSTEE; OFFICE OF THE UNITED STATES TRUSTEE, PARTIES IN**

**INTEREST:**

David Stephens ("Debtor") commenced this bankruptcy case by filing a voluntary

Chapter 13 petition on May 17, 2024 (the "Bankruptcy Case"). Debtor's intent in filing

was to preserve his residence which had been sold in foreclosure.

At the continued § 341(a) Meeting of Creditors conducted on July 9, 2024,



**1**
**DEBTOR'S OPPOSITION TO DISMISSAL OF CASE**

counsel for Kathy Dockery ("Dockery" or the "Trustee") advised the Trustee would recommend dismissal of the case because the Chapter 13 Plan is infeasible due to Debtor's limited income.

At the time of filing this case, May 17, 2024, Debtor had been unemployed since 2022 but was waiting to be released by medical professionals to resume working as a driver providing transportation services but he had no other immediate income sources; therefore, Debtor's Schedule I disclosed no income for Debtor other than his non-filing spouse's income. Based on income and expenses at that time and a proposed plan payment of $528.47, there was a monthly deficiency of $4651.92.

On May 20, 2024, Debtor was released and resumed working as a driver for Lyft. On July 9, 2024, Debtor filed amended Schedules I & J and a 1st Amended Chapter 13 Plan. The Amended Schedules I & J disclosed Debtor's postpetition income of approximately $1931 per month, elimination of a voluntary 401K contribution by Debtor's non-filing spouse and a reduction in expenses due to elimination of an inadvertent duplication of home maintenance and repair costs. Additionally, corrected calculation of claims and totals in the Amended Plan reduced the proposed plan payment to $374.57. During the seven weeks that the bankruptcy case has been pending Debtor has reduced the monthly deficiency at time of filing to $1350.42.

Debtor has four sources of increased additional income – some of which have already begun and the others to begin in the next four to eight weeks:

1) Debtor's Lyft income currently averages $1931 per month but that amount is low as compared to his driving-related income before his injury. In prior years Debtor averaged $3235 per month. In fact, Debtor's driving income has progressively increased since he resumed driving on May 20th and he anticipates driving income to very nearly match his prior average by the end of July and then continue at least at that approximate rate. Monthly driving income of $3235 will extinguish the deficiency;

**2**
**DEBTOR'S OPPOSITION TO DISMISSAL OF CASE**

2) In addition to driving, Debtor is an entrepreneur. He has designed a children's clothing line that is being marketed to investors. Funding to begin production is scheduled to be determined in August and will include funds for production, and funds paid to Debtor to oversee production, beginning in September; Debtor estimates monthly income from this source at $2000;

3) Sales of manufactured children's clothing are expected to commence in November. Debtor estimates his monthly income from the children's clothing line will then increase to $5000; and, finally,

4) In prior years Debtor's spouse has rented a room in their home through an organization that secures housing for foreign students. Last month Debtor's daughter returned home from college and advised she was only visiting as she had obtained employment in Atlanta; therefore, her room is available to be rented. Debtor's spouse proposes to immediately resume renting a room through the organization she worked with before. Particularly at this time of year, it takes approximately one month for a pre-approved residence to be occupied at monthly rent of $1500.

Any one of the above options, all of which are now at various stages, will eliminate the income deficiency that currently causes the infeasibility. Debtor's and Debtor's Spouse's declarations follow along with the proposal for Debtor's clothing line and the company through which Debtor's spouse will rent a room.

Debtor asks the Court not to dismiss the Case on this first plan confirmation hearing but, instead, to continue confirmation for at least 30 days so that Debtor can demonstrate that he can fund a Chapter 13 Plan.

Respectfully submitted,

Date: July 10, 2024                             /s/ Dana M. Douglas
                                                Dana M. Douglas
                                                *Attorney for Debtor*
                                                David Stephens

**3**
**DEBTOR'S OPPOSITION TO DISMISSAL OF CASE**

# DECLARATION OF DAVID STEPHENS

I, David Stephens, declares as follows:

1) I am the "Debtor" herein. I have personal knowledge of the information below, know it to be true and can competently testify thereto, except as to items I state on information and belief and as to those, I believe them to be true.

2) I commenced this chapter 13 bankruptcy case by filing a voluntary petition on May 17, 2024;

3) At the time of filing this case, May 17, 2024, I had been unemployed since 2022 and was waiting to be released by my doctors to resume working as a driver providing transportation services after a significant auto accident that occurred while I was driving. I had no other immediate income sources so Schedule I showed no income for me and only my non-filing spouse's income. Based on income and expenses at that time and a proposed plan payment of $528.47, there was a monthly deficiency of $4651.92.

4) On May 20, 2024, I was released and immediately resumed working as a driver for Lyft. On July 9, 2024, I filed amended Schedules I & J and a 1st Amended Chapter 13 Plan. The Amended Schedules I & J disclosed my postpetition income of approximately $1931 per month, eliminated a voluntary 401K contribution by my non-filing spouse and reduced expenses due to elimination of an inadvertent duplication of home maintenance and repair costs. Additionally, corrected calculation of claims and totals in the Amended Plan reduced the proposed plan payment to $374.57. During the seven weeks that the bankruptcy case has been pending I have reduced the monthly deficiency at time of filing to $1350.42.

5) I have four sources of increased additional income – some of which have already begun and the others will begin in the next four to eight weeks:

    a. My Lyft income currently averages $1931 per month but that amount is low as compared to what was my driving-related income before the accident.

**4**
**DEBTOR'S OPPOSITION TO DISMISSAL OF CASE**

I reviewed records from prior years and observed that I averaged $3235 per month over the years before I was injured.  Even now my driving income has progressively increased since I resumed driving on May 20th and I believe my income will very nearly match his prior average by the end of July or very shortly thereafter and then will continue at least at that approximate rate.  Monthly driving income of $3235 will extinguish the deficiency;

      b.     In addition to driving, I am an entrepreneur and I have designed a children's clothing line that is being marketed to investors.  Funding to begin production is scheduled to be determined in late August and will include funds for production, as well as payment to me to oversee production which will begin in September; I estimate monthly income from this source at $2000;

      c.     Sales of manufactured children's clothing are expected to commence in November.  I estimate my monthly income from the children's clothing line will then increase to $5000; and, finally,

      d.     In prior years my spouse has rented a room in our home through an organization that secures housing for foreign students.  Last month my daughter returned home from college and advised she was only visiting as she had obtained employment in Atlanta; therefore, her room is available to be rented.  My spouse has advised me that she proposes to immediately resume renting a room through the organization she worked with before.  Particularly at this time of year, it takes approximately one month for a pre-approved residence to be occupied at monthly rent rate of $1500.

    Any one of the above options, all of which are now at various stages, will eliminate the income deficiency that currently causes the infeasibility.  Attached hereto are true and correct copies of the proposal for my clothing line and a flyer for the company through which my spouse will rent a room.

    I ask the Court not to dismiss the Case at this first plan confirmation hearing



**5**
**DEBTOR'S OPPOSITION TO DISMISSAL OF CASE**

1 but, instead, to continue confirmation for at least 30 days so that I can demonstrate that I can fully fund a Chapter 13 Plan.

Sworn under penalty of perjury under the law of the United States of America this 10th day of July, 2024.

_David Stephens, Declarant_

**DEBTOR'S OPPOSITION TO DISMISSAL OF CASE**

## DECLARATION OF GENEVIEVE STEPHENS

I, Genevieve Stephens, declares as follows:

1) I am the non-filing spouse of David Stephens, the "Debtor" herein. I have personal knowledge of the information below, know it to be true and can competently testify thereto, except as to items I state on information and belief and as to those, I believe them to be true.

2) I am informed that Debtor commenced this chapter 13 bankruptcy case by filing a voluntary petition on May 17, 2024, I was aware of the bankruptcy filing but I did not join in it. I will, however, continue to contribute my wages to household income and thereby assist Debtor in funding the Chapter 13 Plan.

3) At the time of filing this case, May 17, 2024, Debtor had been unemployed since 2022 and was waiting to be released by his doctors to resume working as a driver providing transportation services. He had no other immediate income sources so Schedule I showed no income for him and only my income. Based on income and expenses at that time and a proposed plan payment of $528.47, there was a monthly deficiency of $4651.92.

4) On May 20, 2024, Debtor was released and immediately resumed working as a driver for Lyft. On July 9, 2024, he filed amended Schedules I & J and a 1st Amended Chapter 13 Plan. The Amended Schedules I & J disclosed Debtor's postpetition income, eliminated my voluntary 401K to my employer's plan and reduceed expenses due to elimination of an inadvertent duplication of home maintenance and repair costs. Corrected calculation of claims and totals in the Amended Plan reduced the proposed plan payment to $374.57. During the seven weeks that the bankruptcy case has been pending Debtor has reduced the monthly deficiency at time of filing to $1350.42.

5) Debtor proposes four sources of increased additional income – some of which have already begun and the others will begin in the next four to eight weeks. The

fourth source of income is via rental of a room in our house. As Debtor indicated above, in prior years I have offered a room in our home for rental through an organization that secures housing for foreign students. Last month our daughter returned home from college and advised she was only visiting as she had obtained employment in Atlanta; therefore, her room is available to be rented. I propose to immediately resume offering a room through that organization. Particularly at this time of year, it takes approximately one month for a pre-approved residence to be occupied at monthly rent rate of $1500.

Even if only my rental of a room for student housing were to come to fruition, it would eliminate the income deficiency that currently causes the infeasibility of the Chapter 13 Plan. Attached hereto is a true and correct copy of a flyer for the company with which I have worked before and through which I will rent a room.

I join Debtor in asking the Court not to dismiss the Case at this first plan confirmation hearing but, instead, to continue confirmation for at least 30 days so that he can demonstrate that we can fully fund a Chapter 13 Plan.

Sworn under penalty of perjury under the law of the United States of America this 10th day of July, 2024.

_____
Genevieve Stephens, Declarant



# DS AI Fashion Apparel
## Executive Summary
Proprietary AI powered; sensor embedded baby apparel.



**Contact Information**
Jermaine Hunsaker, Business Strategist
Jhunsaker3@hotmail.com
702 419-4600

**Industry**
Apparel
Technology

**Development stage**
Startup
Early-Stage Developmental Video
https://gust.com/companies/ds-scientific-2

**Year Founded**
[2024]

**Number of Employees**
[2]

**Funding Opportunity**
$250,000

**Use of Fund**
32% Product Development
12% Legal/Other
20% Salaries
16% Operation/Inventory
20% Marketing/Sales
0% Existing Debt

**Current Monthly Burn Rate**
[$0]
**Current Monthly Revenue**
[$0]
**Existing Debt**
[$0]
**Existing Investors**
NA, just launched capital raise

**Contact Information**
Jermaine Hunsaker
Jhunsaker3@hotmail.com
702 419-4600

DS AI Fashion Art Gallery Show
DSAI Fashion Apparel
Karimsaafirphotography.pic-time.com/-dsaifashionapparel/gallery

## THE GRAB

DS AI Fashion Apparel, Inc. has developed proprietary baby apparel with sensors embedded, powered by AI software. To monitor the baby's vital signs and notify the parents. To help prevent SIDS and give parents peace of mind.

## PROBLEM/OPPORTUNITY

SIDS's, SUDDEN INFANT DEATH SYNDRONE (a silent killer) 80% of SIDS deaths occur between the ages of 1-4 months; (without warning, 1 infant dies every hour of every day 365 days/year), Approx. 7,000 infants, or 1 in 750 live births, die of SIDs each year in the US alone. Risk remains HIGH until 12 months of age.

## SOLUTION/PRODUCT

Our smart infant apparel includes health sensors powered by AI software to monitor vital signs and alert parents of any potential issues. Embedded unobtrusive critical life function monitor. The system monitors vital signs, temperature, and pain. True problem indicator with instant high decibel sound alert and LCD detection display. Dr. Stephens developed patented technology to address the issues over thirty years ago. His first patent was issued in 1995 and we are rewriting the patent integrating AI-powered software he has developed to power this innovative product. The technology-embedded apparel, starting with the baby product will revolutionize apparel.

## POTENTIAL RETURN/REVENUE MODEL

The global baby apparel market size was valued at $62.36 billion in 2022 and is projected to grow from $64.64 billion in 2023 to $95.22 billion by 2030. Internationally there are 20,000,000 births annually. Once we have completed our MVP, we will be on a fast track to go to market and negotiate licensing deals.

## COMPETITION

There are baby monitoring products on the market, however, no one has developed such a simple patentable industry changing product like our AI-powered software, combined with the embedded sensors within the apparel will be a game changer.

Page1

# DS AI Fashion Apparel, Inc.
## Executive Summary
Proprietary AI powered; sensor embedded baby apparel.



1st Samples



Conceptual Beginning



Original Test Systems Design



Proof of Concept Modeling

### THE GRAB

### EXECUTION PLAN/GO TO MARKET STRATEGY

Once we have completed our 1st sample onesies, we will be on a fast track to go to market and negotiate licensing deals. Our patentable products, and technology will ignite the interest of parents, hospitals, and caregivers.

### FINANCIALS

We are raising our first round of friends and family seed capital. To complete the 1st Sample, protect our intellectual property, file patents, and prepare to go to market and negotiate licensing deals.

### A Hybrid Revenue Earning Plan

- Technology Company

We specialize in High Tech electronics, R&D, and integrating technologies together with component sophistication, data mining software, human factors, medical diagnostic, and apparel technology.

- Licensing company

We will license our product to major children's clothing manufacturers.

- Manufacturing Company

We will manufacture our own brand of apparel to drive innovation, consumer demand, and sales which will leverage our product and company share value.

### THE TEAM/RELEVANT EXPERIENCE

**Dr. David Stephens: Medical** Doctor, Engineer, Fashioner Designer & Inventor, and Business Entrepreneur who filed his first patent in 1995, invested $1M of personal funds in product development over the past 35 years along with new project direct continuous education in AI technology.

**Jermaine Hunsaker:** MBA Certificate, Business Strategist
**Stephanie Clark-Ochoa:** Business Services Contractor
**Al Mack:** Stock Transfer Agent, Harmonious Capital Administration
**Stephens McDowell:** Marketing, Fanaka Social Media Consultant

**Advisory Board Members:**
**William Coughlin,** Esq., SEC law, Latham & Watkins LLP
**Don Weissman,** Esq., Corporate Business and Patent Strategist
**Bet Tzedek Law Firm,** Patent & Copyright Law
**Ronald Friedman,** CPA, Marcum's Retail & Consumer Products
**Richard Stern,** Apparel Business Plan Consultant
**Terry Gubatan,** Senior Business Coach at Vermont Slauson (VSEDC)

As a home tenant prior to COVID -19 my wife Genevieve contracted with GPhomestay who lease a room in our home for one of their exchange students at a rate of $1500/month. This is still another viable option to increase our monthly gross income.



# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 11024 Balboa Blvd., No. 431, Granada Hills, CA 91344.

A true and correct copy of the foregoing document entitled (*specify*): OPPOSITION TO DISMISSAL will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 7/10/2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Kathy A Dockery (TR)    EFiling@LATrustee.com
- Dana M Douglas    dmddouglas@hotmail.com, douglas.danar115703@notify.bestcase.com
- Marina Fineman    m.fineman@geracillp.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) ###, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ###, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 7/10/2024 | DM Douglas | /s/ DM Douglas |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                              **F 9013-3.1.PROOF.SERVICE**